

Attorneys at Law

Jessica Giambrone Palmese
t  212.351.4959
f  212.878.8600
JPalmese@ebglaw.com

February 6, 2026

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Cynesia McDonald.* – 25 Civ. 07372 (KPF)(GS) – Notice Regarding Settlement

Your Honor:

    This firm represents Defendant Union Settlement Association, Inc. ("Union Settlement") in the above-referenced matter brought by Plaintiff, Cynesia McDonald.[1] On behalf of the parties, we write to advise the Court that we have reached a settlement.

    The parties are working to reduce the agreed upon terms to a writing and agree to adjourn all pending deadlines *sine die*.

    We thank Mr. Daniel Kolb and the Court's Mediation Office for their assistance in the resolution of this matter.

                        Sincerely,

                        Jessica G. Palmese

cc: All counsel of record (via ECF)

---

[1] Individually named Defendants Dr. Darlene Williams and Sean Roker are separately represented by Elior Shiloh, Esq. of Lewis Brisbois Bisgaard & Smith, LLP.