EPSTEIN
BECKER
GREEN

Attorneys at Law

Jessica Giambrone Palmese
t 212.351.4959
f 212.878.8600
JPalmese@ebglaw.com

**MEMO ENDORSED**

August 31, 2026

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Carolina Juarez Hernandez, Individually and On Behalf of All Similarly Situated People, v. Union Settlement Association, Inc., Darlene Williams, In Her Individual and Professional Capacity*
*Case No.: 1:25-CV-07372-KPF*

Your Honor:

This Firm represents Defendant Union Settlement Association, Inc. ("Union Settlement") in the above referenced matter. We write to respectfully request that, to the extent possible, the telephonic conference set to be held on September 3, 2026, at 11:00 a.m. be adjourned to 3:00 p.m. or later that same day.

This request does not affect any other scheduled deadlines, and this is the first request of this kind. We make this request due to a previously scheduled deposition that is set to commence at 9:30 a.m. on the morning of September 3, 2026.

Counsel for Plaintiff Carolina Juarez Hernandez and Defendant Darlene Williams consent to this request.

We thank the Court for its consideration and attention to this matter.

Respectfully submitted,

Jessica G. Palmese

cc: All counsel of record (via ECF)

Application GRANTED. The telephonic conference scheduled for September 3, 2026, at 11:00 a.m. is hereby ADJOURNED to **September 3, 2026, at 3:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 53.

Dated: August 31, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE